AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

RECEIVED
ENTERED ———— SERVED ON
COUNSEL/PARTIES OF RECORD

June 4, 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                                    DEPUTY

# UNITED STATES DISTRICT COURT

### for the

### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.    2:14-mj-387-NJK |
| | ) | |
| Billy James Cooks, | ) | |
| *Defendant* | ) | |

## CONTINUED DETENTION HEARING

A continued detention hearing at the request of the Defendant in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>**Before the Honorable Magistrate Judge Nancy J. Koppe** | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | Thursday, June 5, 2014<br>at 3:00 p.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    Jun 4, 2014

*Judge's signature*

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*